COURTROOM MINUTE SHEET - CRIMINAL HEARINGS
U.S. DISTRICT COURT - WICHITA, KANSAS

FILED
U.S. District Court
District of Kansas
11/06/2026
Clerk, U.S. District Court
By: AS Deputy Clerk

Date: 11/6/26

United States of America,

Plaintiff,

v.

Case No. 26-6274-01-GEB

Michael Allen Jolstead, Jr.,

Defendant.

JUDGE: [x] Birzer [ ] Severson
DEPUTY CLERK: [x] Swisher [ ] Vaughn
INTERPRETER: [ ] Vargas [ ] Badillo [ ] Wriedt [ ] Ping [ ] Rivera [ ] Vilaythong [ ] Sworn

AUSA: Katie Andrusak
DEFENSE COUNSEL: Robert Moody
TAPE NO.: 2:34-2:45

**PROCEEDINGS**

[ ] Initial Appearance
[x] Initial Rule 5(c)(3)
[ ] Sentencing
[ ] In-Court Hearing: ______
[ ] Arraignment [ ] Reading waived
[ ] Detention Hearing
[ ] Preliminary Hearing
[ ] Change of Plea
[ ] Read to Defendant
[ ] Bond Rev. Hrg
[ ] Pretrial Conference
[ ] Not Guilty Plea Entered

[ ] Complaint [x] Indictment (ED/WA) [ ] Information [ ] Pet. Revoke Supervision [x] No. Counts: 5 [ ] Forfeiture
[x] Felony [ ] Misdemeanor
[x] Charges/Viols. and penalties explained to Defendant
[x] Constitutional rights explained
[x] Defendant affirmation/sworn [x] Examined re: financial status [x] Counsel appointed
[x] Due Process Protections Act advisement given
[ ] Defendant given Consular Notification
[ ] Advised of rights under Rule [ ] 20 [ ] 5(c)(3) [ ] Transfer to: ______
[ ] Signed Wvr Ind [ ] Signed Consent to MJ [ ] Petition to Plea filed [ ] Plea Agmt filed [ ] PSI ordered

[x] Oral Motion by [x] Government / [ ] Defendant for detention hearing; [x] granted. [ ] denied.
[x] Oral Motion by [ ] Government / [x] Defendant for continuance of detention hearing; [x] granted. [ ] denied.
[x] Defendant remanded to USM custody. Detention ordered until detention hearing.
[ ] Oral Motion by Government for pretrial detention is [ ] granted. [ ] denied. [ ] withdrawn.
[ ] The Government adopted the recommendations of Pretrial Services for release on conditions.
[ ] Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
[ ] Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
[ ] Defendant waived the right to an identity hearing. Court accepted waiver and found Defendant to be person named.
[ ] Defendant waived the right to a detention hearing in the District of KS. Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

[ ] Release ordered [ ] Bond fixed at: $ ______ [ ] Continued on present bond/conditions
[ ] Detention ordered [x] Remanded to custody

Defendant's next appearance: [ ] as directed before Judge ______
[ ] per the Scheduling Order of Judge ______
[x] on 11/12/26 at 1:30 [ ] a.m. [x] p.m. before Judge Birzer (326)
for [x] detention hearing [ ] arraignment [ ] prelim hearing [ ] ______

NOTES: ______